UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BPP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:20-cv-126-MTS |
| | ) |
| CAREMARKPCS HEALTH, L.L.C. | ) |
| d/b/a CVS CAREMARK, | ) |
| and WELLTOK, INC., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Memorandum and Order entered on November 9, 2021 and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendants CaremarkPCS Health, L.L.C. and Welltok, Inc. shall have summary judgment against Plaintiff BPP.  Judgment is entered in this action in favor of Defendants CaremarkPCS Health, L.L.C. and Welltok, Inc.

Dated this 10th day of November, 2021

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE